UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JUAN D. JOHNSON, | ) ) | |
| Petitioner, | ) ) | Civil No. 11-68-ART |
| v. | ) ) ) | **ORDER** |
| COMMONWEALTH OF KENTUCKY, | ) ) | |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On September 30, 2011, Johnson petitioned the Court for a writ of habeas corpus. R. 1. When he neither paid the $5.00 filing fee nor moved to proceed in forma pauperis, the Court gave him a second chance. R. 2. The Court sent Johnson the necessary paperwork and permitted him an additional twenty days to cure his failure to pay the filing fee, *id.*, but he did not do so. Magistrate Judge Wehrman then submitted a Report and Recommendation concluding that Johnson's petition should be dismissed without prejudice. R. 3. Since this recommendation, Johnson has sent a letter to the Court asking not to have his petition dismissed and promising to pay the fee. R. 4. But the fourteen-day period for objections has expired, and Johnson still has not paid the filing fee or moved to proceed in forma pauperis. Therefore, the Court must dismiss Johnson's claim without prejudice. *See Gravitt v. Tyszkiewicz*, 14 F. App'x 348, at \*2 (6th Cir. 2001) (holding that, in the prisoner context, if a habeas petitioner still does not pay the filing fee or move to proceed in forma pauperis after ignoring a deficiency order from the Court, the petition should be dismissed without prejudice).

Accordingly, it is **ORDERED** as follows:

(1) The Court construes Johnson's letter, R. 4, as an objection to Magistrate Judge Wehrman's Report and Recommendation, R. 3. The Clerk shall **DOCKET** this letter as an objection.

(2) Upon docketing, Johnson's objection to the Report and Recommendation is **OVERRULED**.

(3) The Court **ADOPTS** the Report and Recommendation, R. 3, in its entirety. The petition for a writ of habeas corpus, R. 1, is **DISMISSED WITHOUT PREJUDICE.**

(4) This matter is **STRICKEN** from the Court's active docket.

This the 22nd day of November, 2011.

Signed By:
*Amul R. Thapar* AT
United States District Judge